JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Costalas Family Limited Partnership

### DEFENDANTS
Amco Insurance Company

**(b)** County of Residence of First Listed Plaintiff    Delaware
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Polk County, IA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joseph A. Zenstein, Esquire, 1240 Old York Road, Suite101, Warminster, PA 18974   Phone: 215-230-0800

Attorneys *(If Known)*
William T. Salzer, Esquire, 1650 Market Street, 38th Floor, Philadelphia, PA 19103   Phone: 215-299-4346

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☐ 2   U.S. Government Defendant
- ☐ 3   Federal Question *(U.S. Government Not a Party)*
- ☒ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability   ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability   Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine   ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability   Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle   **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability   ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury   ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice   ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise |   ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment   ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations   ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment   ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other   **Other:** ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education   ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC1332
Brief description of cause:
Insurance Contract Dispute

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE   2/19/20
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 3207 West Chester Pike, Newtown Square, PA 19073 _____

Address of Defendant: _____ 1100 Locust Street, Des Moines, IA 50391 _____

Place of Accident, Incident or Transaction: _____ 2628 West Chester Pike, Newtown Square, PA 19073 _____

---

*RELATED CASE, IF ANY:*

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☐

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _2/19/20_    _____(signature)_____    _42657_
                      Must sign here
                *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases
  *(Please specify): _____*

**B.**   *Diversity Jurisdiction Cases:*

- ☒ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify): _____*
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____ William T. Salzer _____, counsel of record *or* pro se plaintiff, do hereby certify:

- ☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

- ☐ Relief other than monetary damages is sought.

DATE: _2/19/20_    _____(signature)_____    _42657_
                    Sign here if applicable
                *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Costalas Family Limited Partnership | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMCO Insurance Comapny | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. (X)

| | | |
|---|---|---|
| 2/19/20 | William T. Salzer | |
| **Date** | **Attorney-at-law** | **Attorney for** Defendant, AMCO Insurance Company |
| 215-299-4346 | 215-299-4301 | wsalzer@swartzcampbell.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COSTALAS FAMILY LIMITED
PARTNERSHIP,

                   Plaintiff

    vs.

AMCO INSURANCE COMPANY,

                Defendant.

CIVIL ACTION

NO.

## NOTICE OF REMOVAL

**TO:**  **The Honorable Judges of the United States District Court**
      **for the Eastern District of Pennsylvania**

Defendant, AMCO Insurance Company, by and through its counsel, Swartz Campbell, hereby files the within Notice of Removal of the above-captioned matter from the Philadelphia County Court of Common Pleas, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, and in support thereof, avers as follows:

1.    This action was commenced by the filing of a Writ of Summons in Philadelphia County Court of Common Pleas at No. 02942, November Term 2019. A true and accurate copy of the Writ of Summons is attached hereto as Exhibit "A".

2.    Plaintiff, Costalas Family Limited Partnership ("Plaintiff"), filed and served a Complaint upon Defendant, AMCO Insurance Company ("Defendant") on

February 5, 2020. A true and accurate copy of the Complaint is attached hereto as Exhibit "B".

3.     Defendant filed an Answer with New Matter on February 11, 2020. A true and accurate copy of the Answer with New Matter is attached hereto as Exhibit "C".

4.     Copies of all process, pleadings and orders, which have been received by Defendant, excluding the Writ of Summons (Exhibit "A"), Complaint (Exhibit "B"), and Answer with New Matter (Exhibit "C"), are attached hereto as Exhibit "D".

5.     At all times relevant to this action, Plaintiff was a corporation or other business entity organized under the laws of the State of Pennsylvania, with a principal place of business located at 3207 West Chester Pike, Newtown Square, Pennsylvania, 19073. *See* Exhibit "B", ¶ 1.

6.     At all times relevant to this action, Defendant, was an Iowa corporation authorized to conduct business in the Commonwealth of Pennsylvania with its principal place of business located at 1100 Locust Street, Des Moines, IA, 50391. *See* Exhibit "B", ¶ 2; Exhibit "C", ¶ 2.

7.     Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.     Defendant may remove this case to the United States District Court for the Eastern District of Pennsylvania because it embraces Philadelphia County Court of Common Pleas.

9.     Pursuant to 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based...."

10.    Defendant is timely removing this matter within 30 days after the receipt of service of the Complaint.

11.    Pursuant to 28 U.S.C. § 1332(a)(1), "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States."

12.    Pursuant to 28 U.S.C. § 1332(a)(1), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business..."

13.    Plaintiff is deemed to be a citizen of Pennsylvania, where it has been incorporated and has its principal place of business. *See* Exhibit "B", ¶ 1.

14.    Defendant is deemed to be a citizen of Iowa, where it has been incorporated and has its principal place of business. *See* Exhibit "B", ¶ 2; Exhibit "C", ¶ 2.

15.     In the Complaint, Plaintiff asserts a cause of action for breach of contract against Defendant, arising out of a first party property insurance dispute between the parties. *See* Exhibit "B", ¶¶ 3-9.

16.     Plaintiff specifically alleges it "has suffered loss and damage in an amount in excess of $50.000.00." *See* Exhibit "B", ¶ 9.

17.     "When there are disputes over factual issues, the party alleging jurisdiction [must] justify his allegations by a preponderance of the evidence." *Minissale v. State Farm Fire & Cas. Co.*, 988 F.Supp.2d 472 (E.D.Pa. 2013) (quoting *Samuel-Bassett v. KIA Motors America, Inc.*, 357 F.3d 392, 397 (3d Cir. 2004)).

18.     During the claim investigation, Plaintiff submitted a damage estimate through its public adjuster, Zenith Public Adjusters, LLC to Defendant for alleged property loss reportedly caused by a wind and rain event occurring on March 22, 2019. A true and accurate copy of the damage estimate is attached hereto as Exhibit "E".

19.     The damage estimate totaled $181,183.27, which included an actual cash value of $30,535.07 for the full replacement of the roof, $43,315.12 for the full replacement of ceiling tiles and reinstallation of the fluorescent fixture, $22,947.90 for the full replacement of the VCT flooring, and $45,033.90 for asbestos removal. *See* Exhibit "E".

20.     It is believed, and therefore averred, that Plaintiff seeks to recover an actual cash value of $181,183.27, based upon its damage estimate.

21.     Thus, original jurisdiction exists in the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C.A. § 1441(a) and 28 U.S.C. § 1332(a)(1), because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

**WHEREFORE**, pursuant to 28 U.S.C.A. § 1441 et seq., Defendant, AMCO Insurance Company, respectfully requests that further proceedings in the Philadelphia County Court of Common Pleas be discontinued, and this suit be removed to the United States District Court for the Eastern District of Pennsylvania.

**SWARTZ CAMPBELL LLC**

_____
William T. Salzer, Esquire
Max A. Greer, Esquire
Attorneys for Defendant,
AMCO Insurance Company

Dated: February 19, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COSTALAS FAMILY LIMITED
PARTNERSHIP,

                                 Plaintiff           CIVIL ACTION

        vs.

AMCO INSURANCE COMPANY,          NO.

                           Defendant.

## CERTIFICATE OF SERVICE

William T. Salzer, hereby certifies that a true and correct copy of the attached Notice of Removal was served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on February 19, 2020.

Joseph A. Zenstein, Esquire
Zenstein, Kovalsky & Buckalew, LLC
1240 Old York Road - Suite 101
Warminster, PA 18974
*Attorney for Plaintiff*

                                  SWARTZ CAMPBELL LLC

                                    William T. Salzer, Esquire
                                    Max A. Greer, Esquire
                                    Attorneys for Defendant,
                                    AMCO Insurance Company

# EXHIBIT A



**null / ALL**
**Transmittal Number: 20846088**
**Date Processed: 12/17/2019**

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | SOP Team nwsop@nationwide.com |
| | Nationwide Mutual Insurance Company |
| | Three Nationwide Plaza |
| | Columbus, OH 43215 |
| | |
| Electronic copy provided to: | Ashley Roberts |

| | |
|---|---|
| Entity: | AMCO Insurance Company |
| | Entity ID Number  0115190 |
| Entity Served: | AMCO Insurance Company |
| Title of Action: | Costalas Family Limited Partnership vs. Amco Insurance Company |
| Matter Name/ID: | Costalas Family Limited Partnership vs. Amco Insurance Company (9858578) |
| Document(s) Type: | Summons |
| Nature of Action: | Contract |
| Court/Agency: | Philadelphia County Court of Common Pleas, PA |
| Case/Reference No: | 2019 002942 |
| Jurisdiction Served: | Iowa |
| Date Served on CSC: | 12/17/2019 |
| Answer or Appearance Due: | Other/NA |
| Originally Served On: | AMCO Insurance Company |
| How Served: | Client Direct |
| Sender Information: | Zenstein Kovalsky Buckalew, LLC |
| | N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



CERTIFIED MAIL



7018 1830 0002 0741 4714



AMCO Insurance Company
1100 Locust Street
Des Moines, IA 50391

L0031125302712I019

# ZENSTEIN KOVALSKY BUCKALEW, LLC

ATTORNEYS AT LAW

A Pennsylvania Limited Liability Company

**Phone: 833.3.STORMS**
**www.zensteinlaw.com**

FILE NO.: 518-8

November 25, 2019

AMCO Insurance Company
1100 Locust Street
Des Moines, IA 50391

Re:   Costalas Family Limited Partnership v. AMCO Insurance Company
      Philadelphia County CCP November Term, 2019, No. 2942

Dear Sir/Madam:

Enclosed please find Civil Action Writ of Summons which has been filed against you in
the above-referenced matter.  I would advise you to forward this document to your
attorney immediately.  If you would like to discuss an amicable resolution of this matter,
please do not hesitate to contact me.

Thank you for your attention to this matter.

Very truly yours,

JOSEPH A. ZENSTEIN, ESQUIRE
jzenstein@zensteinlaw.com

JAZ/ka
Enclosure
Certified Mail
Return Receipt # 7018 1830 0002 0741 4717

L00311253028121019

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

NOVEMBER 2019

E-Filing Number: 1911050066

002942

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP | AMCO INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 3207 WEST CHESTER PIKE<br>NEWTOWN SQUARE PA 19073 | 1100 LOCUST STREET<br>DES MOINES IA 50391 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☒ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

10 - CONTRACTS OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>NOV **21** 2019<br><br>**A. SILIGRINI** | YES          NO |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>COSTALAS FAMILY LIMITED PARTNERSHIP</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JOSEPH A. ZENSTEIN | ZENSTEIN KOVALSKY BUCKALEW LLC<br>TWO LOGAN SQUARE<br>100 N 18TH ST SUITE 300 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)230-0800 | (215)230-0810 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 62349 | jzenstein@claimsworldwide.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JOSEPH ZENSTEIN | Thursday, November 21, 2019, 04:00 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

L003112530291121019

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800

**MAJOR CASE**
**NON-JURY**

Filed and Attested by the
office of Judicial Records
21 NOV 2019 04:00 pm
A. SILIGRINI

Attorney for Plaintiff

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP<br>3207 West Chester Pike<br>Newtown Square, PA 19073<br><br>v.<br><br>AMCO INSURANCE COMPANY<br>1100 Locust Street<br>Des Moines, IA 50391 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>TERM, 2019<br><br>NO. |

**PRAECIPE TO ISSUE WRIT OF SUMMONS**

TO THE PROTHONOTARY:

   Kindly issue a Writ of Summons against Defendant in the above-captioned matter.

                    **ZENSTEIN KOVALSKY BUCKALEW, LLC**

              BY:  _____
                    JOSEPH A. ZENSTEIN, ESQUIRE
                    Attorney for Plaintiff

Date: <u>November 21, 2019</u>

Case ID: 191102942

L003112530301 21019

SUMMONS
*CITACION*

# Commonwealth of Pennsylvania
## CITY AND COUNTY OF PHILADELPHIA

COSTALAS FAMILY LIMITED
PARTNERSHIP
3207 West Chester Pike
Newtown Square, PA 19073

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

NOVEMBER TERM, 2019

v.

No. _____

AMCO INSURANCE COMPANY
1100 Locust Street
Des Moines, IA 50391

TO:        AMCO INSURANCE COMPANY

**You are notified that the Plaintiff:  COSTALAS FAMILY LIMITED PARTNERSHIP**

*Usted esta avisado que el demandante*

**Has (have) commenced an action against you.**
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Prothonotary*



By: _____

Date: _____

Case ID: 191102942

L00311253031121019

**COURT OF COMMON PLEAS**
**PHILADELPHIA COUNTY**

November Term, 2019, No. _____

COSTALAS FAMILY LIMITED PARTNERSHIP
3207 West Chester Pike
Newtown Square, PA 19073

v.

AMCO INSURANCE COMPANY
1100 Locust Street
Des Moines, IA 50391

# SUMMONS

BY: Joseph A. Zenstein, Esquire
**ZENSTEIN KOVALSKY BUCKALEW, LLC**
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
215-230-0800

Case ID: 191102942

# EXHIBIT B

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800

MAJOR CASE

*Filed and Attested by the
Office of Judicial Records
05 FEB 2020 10:22 pm
M. RUSSO*

Attorney for Plaintiff

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP<br>3207 West Chester Pike<br>Newtown Square, PA 19073<br><br>v.<br><br>AMCO INSURANCE COMPANY<br>1100 Locust Street<br>Des Moines, IA 50391 | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 2942 |

## CIVIL ACTION

<table>
<tr><td align="center"><b>NOTICE</b></td><td align="center"><b>AVISO</b></td></tr>
<tr><td>You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.  You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.</td><td>Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o a entregar a la corte en  forma con un abogado y escrita  sus defensas o sus objectiones a las demandas en contra de su personá. Sea avisado que  si usted no se defiende, la corte tomará medidas y puede continuar la demandante y la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br>INMEDIATAMENTE.  SI NO TIENE ABOGADO O SINO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIóN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL</td></tr>
</table>

*PHILADELPHIA COUNTY BAR ASSOCIATION*
*LAWYER REFERRAL AND INFORMATION SERVICE*
*One Reading Center*
*PHILADELPHIA, PENNSYLVANIA 19107*
*TELEPHONE: (215)  238-6333*

**ZENSTEIN KOVALSKY BUCKALEW, LLC**
By:  JOSEPH A. ZENSTEIN, ESQUIRE          MAJOR CASE
Identification No.:  62349
Two Logan Square
100 N. 18th Street, Suite 300
Philadelphia, PA 19103
jzenstein@zensteinlaw.com
(215) 230-0800                                        Attorney for Plaintiff

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP <br> 3207 West Chester Pike <br> Newtown Square, PA 19073 <br><br> v. <br><br> AMCO INSURANCE COMPANY <br> 1100 Locust Street <br> Des Moines, IA 50391 | COURT OF COMMON PLEAS PHILADELPHIA COUNTY <br><br> NOVEMBER TERM, 2019 <br><br> NO. 2942 |

<u>**CIVIL ACTION**</u>
**(1C.  Contracts)**

1.      Plaintiff, Costalas Family Limited Partnership, is a corporation or other business entity with its principal place of business located at the address as set forth above.

2.      Defendant, AMCO Insurance Company, is a corporation duly organized and existing which is licensed to issue policies of insurance in the Commonwealth of Pennsylvania and maintains its principal place of business at the address set forth above. Defendant regularly conducts business in the City and County of Philadelphia.

3.      Defendant in its regular course of business issued to Plaintiff a policy of insurance, policy number ACPBP07184742385, covering Plaintiff's premises located at 2628 West Chester Pike, Broomall, PA 191008.  Plaintiff is not in possession of the entire policy and it is alleged that said policy is in the possession of Defendant.

Case ID: 191102942

4.      At all times material hereto, Defendant was acting either individually or through its duly authorized agents, servants, workmen or employees, who were acting within the course and scope of their employment and on the business of said employer.

5.      On or about March 22, 2019, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the insured premises, caused by wind, resulting in damage to the insured premises in those areas and to the extent set forth in the roof report of Tiger Custom Construction a true and correct copy of which is attached hereto and marked as Exhibit "A", and in an amount currently being determined.

6.      Notice of Plaintiff's covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant, including cooperating with Defendant's investigation; mitigating damages where reasonable, required and/or possible; providing Defendant with all available information and complying with all conditions precedent.

7.      Defendant, despite demand for benefits under its policy of insurance has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

8.      Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

9.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforementioned policy of insurance, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest and costs.

ZENSTEIN KOVALSKY BUCKALEW, LLC

BY: _____/s/_____
JOSEPH A. ZENSTEIN, ESQUIRE
Attorney for Plaintiff

Date: February 6, 2020

## VERIFICATION

I verify that I have read the foregoing Complaint and that it is true and correct to the best of my knowledge, information and belief. I make this Verification subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

X) _____

COSTALAS FAMILY LIMITED PARTNERSHIP

FILE NO. 518-8

EXHIBIT "A"

Case ID: 191102942

# Tiger Custom Construction

## 110 Northwood Rd, Newtown Sq, Pa 19072

610-656-3960                                                                                        PA #081115

Costalas Family Partnership
2628 West Chester Pike
Broomall, Pa 19008

Did roof repair on 3/29/19 at 2628 West Chester Pike.

Did notice equipment pad aprons were wind damaged & detached from roof.

Clearly both areas of this roof have been recently damaged by wind.

Temporary repairs were completed on 3/29/19

Yours Truly,

Tom Long

# Tiger Custom Construction

## 110 Northwood Road, Newtown Square, PA 19073

Phone (610) 656-3960                                        PA #081115

---

# INVOICE

March 29, 2019

Broomall Post Office
2628 West Chester Pk.
Broomall, PA 19008

**Re: Flat Roof Repair**

- Reset drip edge
- Repair seams on rubber roof at front right section
- Reset equipment pads detached rubber
- Roof cement detached rubber equipment pad seams
- Clear drain and seal opening
- Remove all related debris

**Total.................................................................................................... $1360.00**

Case ID: 191102942

# EXHIBIT C

You are hereby notified to file a written response to the
enclosed New Matter within twenty (20) days from service
hereof or a judgment may be entered against you.

/s/ William T. Salzer
William T. Salzer, Esquire
Max A. Greer, Esquire
Attorneys for Defendant,
AMCO Insurance Company

Filed and Attested by the
Office of Judicial Records
11 FEB 2020 04:11 pm
S. RICE

**SWARTZ CAMPBELL LLC**
**BY:**   William T. Salzer, Esquire
          Max A. Greer, Esquire
          Identification No. 42657/324776
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com
mgreer@swartzcampbell.com

**Attorneys for Defendant,**
AMCO Insurance Company

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP,<br><br>                               Plaintiff<br><br>                vs.<br><br>AMCO INSURANCE COMPANY,<br><br>                               Defendant. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 02942<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT, AMCO INSURANCE COMPANY'S ANSWER TO COMPLAINT WITH NEW MATTER

Defendant, AMCO Insurance Company, by and through its undersigned

counsel, Swartz Campbell, hereby answers the Complaint. Answering Defendant

denies each and every averment of the Complaint unless specifically admitted.

Answering Defendant respond to each numbered paragraph of the Complaint as

follows:

1.      Denied. After reasonable investigation, Answering Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations herein.

2.      Admitted in part; denied in part. AMCO Insurance Company (hereinafter "AMCO") is an Iowa corporation authorized to conduct business in the Commonwealth of Pennsylvania with its principal place of business located at 1100 Locust Street, Des Moines, IA, 50391. Plaintiff's averments to the contrary are denied.

3.      Admitted in part; denied in part. It is admitted that AMCO issued a Premier Businessowners Policy to Costalas Family Limited Partnership ("Costalas"), policy number ACP BPO 7184742385, for the policy period from October 23, 2018 through October 23, 2019 ("the Policy"). It is further admitted that the property located at 2628 West Chester Pike, Broomall, Pennsylvania 19008 only was a scheduled location on this policy. Plaintiff's averments to the contrary are denied.

4.      Denied. Plaintiff's averments are denied as conclusions of law.

5.      Denied. It is denied that Plaintiff suffered a sudden and accidental direct physical loss, caused by wind, to the insured premises on March 22, 2019. It is further denied that Plaintiff sustained a loss resulting in damages to the insured premises to the extent set forth in the "roof report" of Tiger Custom Construction attached as Exhibit "A".

6.      Denied. It is denied that Plaintiff provided notice of a covered loss to

Case ID: 191102942

Defendant in a prompt and timely manner.  It is denied that Plaintiff performed all things required under the Policy, including cooperating with Defendant's investigation.  Answering defendant is without knowledge or information to admit or deny the remaining allegations including what mitigation efforts were performed; consequently, the same is denied. The remaining averments state a conclusion of law.

7.      Admitted in part; denied in part. It is denied that Defendant failed and refused to pay to Plaintiff benefits due and owing under the Policy. It is admitted that Defendant has declined payment requested by the Plaintiff on the basis that the damages are not covered by the Policy. To the extent that said averment implies that Defendant is obligated to make further payment, said averment is denied as a conclusion of law.

8.      Denied. It is denied that Defendant breached its contractual obligations to pay benefits to Plaintiff for a loss covered under the Policy. Plaintiff's averment is also denied as a conclusion of law.

9.      Admitted in part; denied in part. It is denied that Plaintiff has suffered a loss and damage in an amount in excess of $50,000.00, solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy. It is admitted that Defendant has declined payment requested by the Plaintiff on the basis that the damages are not covered by the Policy. To the extent that said averment implies that Defendant is obligated to make payment, said averment is denied as a conclusion of law.

**WHEREFORE**, Defendant, AMCO Insurance Company respectfully requests

Case ID: 191102942

that the Court enter judgment in its favor and against Plaintiff and that it be awarded costs incurred in the defense of this action.

## NEW MATTER

1.      This action may be barred under the applicable statute of limitations.

2.      This action may be barred, in whole or in part, by the Plaintiff's failure to mitigate damages.

3.      There was no direct physical loss of or damage to Covered Property from a Covered Cause of Loss.

4.      Plaintiff's loss is subjected to the Policy's Limitations of Insurance and Deductible.

5.      Plaintiff's claim is barred, in whole or in part, by the terms, conditions, exclusions, and limitations of the Policy.

6.      Plaintiff's claim is encompassed by Section A.4 Limitations, which states as follows:

### 4. LIMITATIONS

a. We will not pay for loss of or damage to:

...

(6)    The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

a. The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

b. The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

4

Case ID: 191102942

...

7.      Plaintiff's claim is encompassed by Section B. Exclusions, which states

as follows:

### B. EXCLUSIONS

...

1.  We will not pay for loss or damage caused by or resulting
    from any of the following:

    ...

    **k.  Neglect**

    Neglect of an insured to use all reasonable means to save
    and preserve property from further damage at and after
    the time of loss.
    ...

    **l.   Other Types of Loss**

    (1) Wear and tear;
    (2) Rust or other corrosion, decay, deterioration, hidden
        or latent defect or any quality in property that
        causes it to damage or destroy itself;
    (3) Smog;
    (4) Settling, cracking, shrinking or expansion;

    ...

2.  We will not pay for loss or damage caused by or resulting
    from any of the following B.3.a. through B.3.c. But if an
    excluded cause of loss that is listed in B.3.a through B.3.c
    results in a Covered Cause of Loss, we will pay for the loss
    or damage caused by that Covered Cause of Loss.

    ...

    **c.  Negligent Work**

    Faulty, inadequate or defective:

Case ID: 191102942

(1) Planning, zoning, development, surveying, siting;
(2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;
(3) Materials used in repair, construction, renovation or remodeling; or
(4) Maintenance;

of part or all of any property on or off the described premises.

8.     Plaintiff's claim is encompassed by Section E. Property Loss Conditions, which states as follows:

**5. Loss Payment**

In the event of loss or damage covered by this policy:
    a.  At our option, we will either:
        (1) Pay the value of lost or damaged property as described in e. below;
        (2) Pay the cost of repairing or replacing the lost or damaged property;
        (3) Take all or any part of the property at an agreed or appraised value; or
        (4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

...

    d.  We will not pay you more than your financial interest in the Covered Property.

...

9.     Defendant breached no duty or obligation which may have been owed by it to Plaintiff under the terms and provisions of its insurance policy.

10.     Plaintiff has failed to meet or comply with the applicable terms of the insurance policy issued by AMCO Insurance Company such that AMCO Insurance

Case ID: 191102942

Company is not liable or legally obligated to make any payment under the circumstances alleged in the Complaint.

11.     AMCO Insurance Company complied with the terms of its contract with Plaintiff.

12.     Plaintiff failed to give AMCO Insurance Company prompt notice of the loss or damage, including a description of the property involved.

13.     Plaintiff failed to give AMCO Insurance Company a description of how, when and where the loss or damage occurred as soon as possible.

14.     Plaintiff failed to state a claim upon which relief may be granted.

15.     Plaintiff's claimed damages are excessive.

16.     AMCO Insurance Company reserves the right to supplement its New Matter based on information developed in the course of discovery.

**WHEREFORE**, Defendant, AMCO Insurance Company, respectfully requests that the Court enters Judgment in its favor and against Plaintiff.

SWARTZ CAMPBELL LLC


s/William T. Salzer
William T. Salzer, Esquire
Max A. Greer, Esquire
Attorneys for Defendant,
AMCO Insurance Company

7

Case ID: 191102942

**<u>VERIFICATION</u>**

I, Carrie Taylor, hereby state that the facts above set forth in the Answer with New Matter to the Complaint are true and correct to the best of my knowledge, information, and belief, and that I expect to be able to prove the same at a hearing held in this matter. I understand that the statements herein are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities.

BY: _____*carrie taylor*_____
Carrie Taylor
AMCO Insurance Company

Dated: February 11, 2020

8

Case ID: 191102942

**SWARTZ CAMPBELL LLC**
BY:    William T. Salzer, Esquire               **Attorneys for Defendant,**
          Max A. Greer, Esquire                       AMCO Insurance Company
          Identification No. 42657/324776
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com
mgreer@swartzcampbell.com

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP,<br><br>                              Plaintiff<br><br>            vs.<br><br>AMCO INSURANCE COMPANY,<br><br>                              Defendant. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 02942 |

## CERTIFICATE OF SERVICE

William T. Salzer, hereby certifies that a true and correct copy of the attached

Answer to the Complaint with New Matter was served upon all interested parties,

listed below, either electronically and/or by United States Mail, first class, postage

prepaid on  February 11, 2020.

Joseph A. Zenstein, Esquire
Zenstein, Kovalsky & Buckalew, LLC
1240 Old York Road - Suite 101
Warminster, PA 18974
*Attorney for Plaintiff*


                    SWARTZ CAMPBELL LLC

                    s/William T. Salzer
                    William T. Salzer, Esquire

9

Max A. Greer, Esquire
Attorneys for Defendant,
AMCO Insurance Company

10

Case ID: 191102942

**SWARTZ CAMPBELL LLC**
**BY:**  William T. Salzer, Esquire          **Attorneys for Defendant,**
        Max A. Greer, Esquire          AMCO Insurance Company
        Identification No. 42657/324776
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com
mgreer@swartzcampbell.com

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP, <br><br> Plaintiff <br><br> vs. <br><br> AMCO INSURANCE COMPANY, <br><br> Defendant. | COURT OF COMMON PLEAS <br><br> PHILADELPHIA COUNTY <br><br> NOVEMBER TERM, 2019 <br><br> NO. 02942 <br><br> **JURY TRIAL DEMANDED** |

## <u>CERTIFICATION UNDER 204 PA. CODE SECTION 213.81</u>

     I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing of confidential information and documents differently than non-confidential information and documents.

                   SWARTZ CAMPBELL LLC


                   <u>s/William T. Salzer</u>
                   William T. Salzer, Esquire
                   Max A. Greer, Esquire
                   Attorneys for Defendant,
                   AMCO Insurance Company

Case ID: 191102942

# EXHIBIT D

**SWARTZ CAMPBELL LLC**
**BY:**   William T. Salzer, Esquire
          Identification No. 42657
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com

Attorneys for Defendant,
AMCO Insurance Company


Filed and Attested by the
Office of Judicial Records
16 DEC 2019 10:46 am
G. IMPERATO

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP,<br><br>Plaintiff<br><br>vs.<br><br>AMCO INSURANCE COMPANY,<br><br>Defendant. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 02942 |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

    Kindly enter our appearance on behalf of Defendant, AMCO Insurance

Company, with regard to the above matter.

                        SWARTZ CAMPBELL LLC

                        s/William T. Salzer
                        William T. Salzer
                        Attorneys for Defendant,
                        AMCO Insurance Company

**SWARTZ CAMPBELL LLC**
**BY:**   William T. Salzer, Esquire
Identification No. 42657
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com

Attorneys for Defendant,
AMCO Insurance Company

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP,<br><br>                              Plaintiff<br><br>              vs.<br><br>AMCO INSURANCE COMPANY,<br><br>                              Defendant. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 02942 |

### . **CERTIFICATE OF SERVICE**

William T. Salzer, hereby certifies that a true and correct copy of the attached Entry of Appearance was served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on December 13, 2019.

Joseph A. Zenstein, Esquire
Zenstein, Kovalsky & Buckalew, LLC
1240 Old York Road - Suite 101
Warminster, PA 18974
*Attorney for Plaintiff*

SWARTZ CAMPBELL LLC

s/William T. Salzer
William T. Salzer
Attorneys for Defendant,
AMCO Insurance Company

2

**SWARTZ CAMPBELL LLC**
**BY:**   William T. Salzer, Esquire
             Identification No. 42657
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com



Attorneys for Defendant,
AMCO Insurance Company

*Filed and Attested by the
Office of Judicial Records
19 JAN 2020 11:18 am
M. RUSSO*

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP,<br><br>                                        Plaintiff<br><br>                    vs.<br><br>AMCO INSURANCE COMPANY,<br><br>                                        Defendant. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>NOVEMBER TERM, 2019<br><br>NO. 02942 |

## **PRAECIPE TO FILE COMPLAINT**

**TO THE OFFICE OF JUDICIAL RECORDS:**

Please enter a Rule upon Plaintiff to file a Complaint within twenty (20) days hereof or suffer the entry of a Judgment of Non Pros.

SWARTZ CAMPBELL LLC


s/William T. Salzer
William T. Salzer
Attorneys for Defendant,
AMCO Insurance Company

Case ID: 191102942

## **RULE TO FILE COMPLAINT**

AND NOW, this _____ day of _____, 2020, a Rule is hereby granted upon Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of Judgment of Non Pros.

_____
Office of Prothonotary



2

Case ID: 191102942

**SWARTZ CAMPBELL LLC**
**BY:**   William T. Salzer, Esquire                          Attorneys for Defendant,
            Identification No. 42657                          AMCO Insurance Company
One Liberty Place - 38th Floor
1650 Market Street
Philadelphia, PA 19103
(215) 564-5190
wsalzer@swartzcampbell.com

| | |
|---|---|
| COSTALAS FAMILY LIMITED PARTNERSHIP, <br><br> Plaintiff <br><br> vs. <br><br> AMCO INSURANCE COMPANY, <br><br> Defendant. | COURT OF COMMON PLEAS <br><br> PHILADELPHIA COUNTY <br><br> NOVEMBER TERM, 2019 <br><br> NO. 02942 |

. **CERTIFICATE OF SERVICE**

      William T. Salzer, hereby certifies that a true and correct copy of the attached Praecipe for Rule to File Complaint was served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on January 10, 2020.

Joseph A. Zenstein, Esquire
Zenstein, Kovalsky & Buckalew, LLC
1240 Old York Road - Suite 101
Warminster, PA 18974
*Attorney for Plaintiff*

                      SWARTZ CAMPBELL LLC

                      s/William T. Salzer
                      William T. Salzer
                      Attorneys for Defendant,
                      AMCO Insurance Company

Case ID: 191102942

# EXHIBIT E

## Estimate
## Claim No. 849180GI

| File No.<br>0074 | Policy No.<br>ACP BPO 7174742385 | Date of Loss<br>03/22/2019 | Report<br>First | Report Date<br>04/15/2019 | Adjuster<br>Mike Shelly |
|---|---|---|---|---|---|

| Insured<br>Costalas Family Partnership | Address<br>2628 West Chester Pike<br>Broomall, PA 19008 | Office | Home | Email |
|---|---|---|---|---|

| Loss Address | | 2628 West Chester Pike<br>Broomall, PA 19008 | | |
|---|---|---|---|---|

| Contact | Address | | | Email |
|---|---|---|---|---|

| Claimant | Address | | | Email |
|---|---|---|---|---|

| Contractor | Address | | | Email |
|---|---|---|---|---|

## Building

### Main roof

Roof Area 89.78 SQ  8977.54 SF  Perimeter 0 FT

Rectangular slope-1   Length 94.60 FT, Width 94.90 FT, Qty of Slopes 1

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Remove | 89.78 | SQ | Modified bitumen roofing, 150 mil, loose laid and ballasted with stone | 112.27 | 10,079.60 | 0.00* | 10,079.60 |
| Replace | 89.78 | SQ | Modified bitumen roofing, 150 mil, loose laid and ballasted with stone | 227.84 | 20,455.47 | 0.00* | 20,455.47 |
| **Main roof Totals:** | | | | | **30,535.07** | **0.00** | **30,535.07** |

### Area 1

Floor 409.7 SY  Wall 4025.85 SF  Ceiling 3687.33 SF  Floor Perim. 385.83 FT  Ceiling Perim. 385.83 FT

Room-standard-1     Length 70.17 FT, Width 50.00 FT, Height 11.92 FT
Room-standard-2     Length 24.00 FT, Width 0.00 FT, Height 0.00 FT
Room-standard-3     Length 4.00 FT, Width 44.75 FT, Height 11.92 FT

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Remove | 3687.33 | SF | Ceiling tiles on flat ceiling, 1/2", textured face | 0.88 | 3,244.85 | 0.00* | 3,244.85 |
| Replace | 3797.95 | SF | Ceiling tiles on flat ceiling, 1/2", textured face | 3.75 | 14,242.31 | 0.00* | 14,242.31 |
| Rem & Reinstall | 8 | EA | Ceiling fan, standard grade | 206.98 | 1,655.84 | 0.00* | 1,655.84 |
| Rem & Reinstall | 186 | EA | Fluorescent fixture for suspended ceiling, 2' by 4' drop-in four-tube | 138.86 | 25,827.96 | 0.00* | 25,827.96 |
| Rem & Reinstall | 6 | EA | Heat register, Standard | 13.76 | 82.56 | 0.00* | 82.56 |
| Paint | 4025.85 | SF | Drywall or Plaster, 2 coats | 1.61 | 6,481.62 | 0.00* | 6,481.62 |
| Rem & Reinstall | 1 | | Television , standard grade | 55.64 | 55.64 | 0.00* | 55.64 |
| Replace | 3687.33 | SF | Tile floor, Vinyl, standard grade | 4.26 | 15,708.03 | 0.00* | 15,708.03 |
| Remove | 3687.33 | | Asbestos removal, subcontract,Tile Floor in containment structure, Asbestos hazard minimum | 8.36 | 30,826.08 | 0.00* | 30,826.08 |
| Mask | 8 | hr | Move and cover room contents, average | 87.84 | 702.72 | 0.00* | 702.72 |
| **Area 1 Totals:** | | | | | **98,827.61** | **0.00** | **98,827.61** |

### Front area

Floor 188.83 SY  Wall 2226.43 SF  Ceiling 1699.5 SF  Floor Perim. 186.83 FT  Ceiling Perim. 186.83 FT

Room-standard-1     Length 68.67 FT, Width 24.75 FT, Height 11.92 FT

| Operation | Qty | Unit | Description | Cost | RC | DEP | ACV |
|---|---|---|---|---|---|---|---|
| Replace | 1699.5 | SF | Tile floor, Vinyl, standard grade | 4.26 | 7,239.87 | 0.00* | 7,239.87 |
| Remove | 1699.5 | | Asbestos removal, subcontract,Tile Floor in containment structure, Asbestos hazard minimum | 8.36 | 14,207.82 | 0.00* | 14,207.82 |

## Estimate

## Claim No. 849180GI

| File No.<br>0074 | | Policy No.<br>ACP BPO 7174742385 | Date of Loss<br>03/22/2019 | Report<br>First | | Report Date<br>04/15/2019 | Adjuster<br>Mike Shelly |
|---|---|---|---|---|---|---|---|

| Mask | 2 hr | Move and cover room contents, average | 87.84 | 175.68 | 0.00* | 175.68 |
|---|---|---|---|---|---|---|

| **Front area Totals:** | | | | 21,623.37 | 0.00 | 21,623.37 |
|---|---|---|---|---|---|---|

| | RC | R DEP | NR DEP | ACV |
|---|---|---|---|---|
| **Subtotal** | 150,986.05 | 0.00 | 0.00 | 150,986.05 |
| **Overhead** | 15,098.61 | 0.00 | 0.00 | 15,098.61 |
| **Profit** | 15,098.61 | 0.00 | 0.00 | 15,098.61 |
| **Building Loss:** | 181,183.27 | 0.00 | 0.00 | 181,183.27 |